```
 1  KEKER & VAN NEST, LLP
    JEFFREY R. CHANIN - #103649
 2  DARALYN J. DURIE - #169825
    ASHOK RAMANI - #200020
 3  710 Sansome Street
    San Francisco, CA  94111-1704
 4  Telephone:  (415) 391-5400
    Facsimile:  (415) 397-7188
 5
    Attorneys for Plaintiff
 6  NETFLIX, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>　　　　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**AMENDED NOTICE OF DEPOSITION OF SHANE EVANGELIST**<br><br>Date:　　　April 13, 2007<br>Time:　　　9:30 am<br>Place:　　　Figari & Davenport, LLP<br>　　　　　　3400 Bank of America Plaza<br>　　　　　　901 Main Street<br>　　　　　　Dallas, Texas  75202<br><br>Complaint filed:　　April 4, 2006 |

389498.01

AMENDED NOTICE OF DEPOSITION OF SHANE EVANGELIST
CASE NO. C 06 2361 WHA (JCS)

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil

3  Procedure, Plaintiff, Netflix, Inc. ("Netflix"), by and through its attorneys, will take the

4  deposition of Shane Evangelist, beginning at 9:30 a.m. on April 13, 2007 and continuing from

5  day to day until completed, except for weekends and holidays. Such deposition will take place at

6  the offices of Figari & Davenport, LLP, located at 3400 Bank of America Plaza, 901 Main

7  Street, Dallas, Texas 75202, telephone (214) 939-2000 or such other time and place as may be

8  mutually agreed upon by counsel.

9  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rule of Civil

10 Procedure 30(b)(2), the deposition will be taken before a notary public or other officer

11 authorized by the law to administer oaths and will be recorded both stenographically and by

12 sound-and-visual means (i.e., by videotape). Furthermore, provision will be made for real-time

13 monitoring using LiveNote™ or similar means. Netflix reserves the right to use these recordings

14 at the time of trial.

16 Dated: March 28, 2007

KEKER & VAN NEST, LLP

By: _____
KEVIN T. REED
Attorneys for Plaintiff
NETFLIX, INC.

389498.01

AMENDED NOTICE OF DEPOSITION OF SHANE EVANGELIST
CASE NO. C 06 2361 WHA (JCS)

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On March 28, 2007, I served the following document(s):

**AMENDED NOTICE OF DEPOSITION OF SHANE EVANGELIST**

☑ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

William J. O'Brien, Esq.
Alschuler Grossman LLP
1620 26th Street, 4th Floor, North Tower
Santa Monica, CA 90404-4060

Executed on March 28, 2007, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Diane Blais Miller*
DIANE BLAIS MILLER