IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NETFLIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| V. | ) | 3:07-MC-0036-K |
| | ) | |
| BLOCKBUSTER, INC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF REFERENCE

Under authority of 28 U.S.C. § 636(b), it is **ORDERED** that Defendan's Motion and Brief for Protection and Objections and Responses of Blockbuster, Inc., Shane Evangelist, Edward Stead, and Richard A. Frank to Plaintiff Netflix, Inc.'s Third Amended Notice of 30(B)(6) Deposition of Blockbuster, Inc., Amended Notice of Deposition of Shane Evangelist, Amended Notice of Deposition of Edward Stead, and Amended Notice of Deposition of Richard A. Frank , in the above entitled action be, and it is hereby, referred to United States Magistrate Judge Jeff Kaplan, for hearing, if necessary, and determination.

**SO ORDERED.**

DATED: April 15th, 2007.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE