UNITED STATES DISTRICT COURT  Revised 11/01/06
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**To:** All Attorneys of Record Appearing in a Case (including Attorneys in *pro se* cases):
- **Designated for Electronic Case Filing and**
- **Involving a Matter Referred to a United States Magistrate Judge Pursuant to 28 U.S.C. § 636**

## STANDING ORDER[1] FOR ELECTRONIC FILINGS RELATED TO MATTERS REFERRED TO THE UNITED STATES MAGISTRATE JUDGE

The District Court has entered its *Standing Order Designating Case for Enrollment in the Electronic Case Files "ECF" System*. These instructions control all electronic filings for matters referred to the United States Magistrate Judge at any time during the pendency of the case, and are provided to ensure that electronic filings referred to the United States Magistrate Judge are processed appropriately. Nothing in this order precludes the Magistrate Judge from modifying these instructions with the judge's own order governing procedures for handling cases in his or her court.

### I. CASE CAPTION

Every document related to a matter referred to the United States Magistrate Judge must include:

---

[1] Upon referral of a matter to a United States magistrate judge in the Dallas Division of the Northern District of Texas, in a case designated for enrollment in the Electronic Case Files "ECF" System by the presiding district judge, the clerk shall enter this **Standing Order.** As *pro se* litigants are not permitted to electronically file documents in the Dallas Division of the Northern District of Texas, the clerk is not required to distribute the **Standing Order** to *pro se* litigants. If there is an order for process to issue, the Clerk is directed at that time to send a copy of the **Standing Order** to the defendant or respondent with the service of the summons or show cause order.

- the **United States Magistrate Judge's identifying alpha-notation** (identified below) at the end of the case number, and

- "**Referred to the U.S. Magistrate Judge**" directly beneath the "ECF" notation.

These notations help ensure that the filing is received by the assigned United States Magistrate Judge.  The additional notations should **NOT** be used for filings related to matters not referred to the United States Magistrate Judge.

**United States Magistrate Judges' Alpha-Notations**

| | |
|---|---|
| Magistrate Judge William F. Sanderson, Jr. | "**(AH)**" |
| Magistrate Judge Jeff Kaplan | "**(BD)**" |
| Magistrate Judge Paul D. Stickney | "**(BF)**" |
| Magistrate Judge Irma Carrillo Ramirez | "**(BH)**" |

## II.  COURTESY COPIES

Each magistrate judge listed on the reference chart included as Attachment 1 to this Standing Order has specific requirements for courtesy copies.  Each required courtesy copy of a document related to a matter referred to the magistrate judge must be marked "Judge's Copy," must have a copy of the Notice of Electronic Filing[2] for that document affixed as the first page, must be delivered to the chambers of the United States Magistrate Judge (NOT to the clerk's office or the district judge's office) as soon

---

[2] A link to the Notice of Electronic Filing and the electronically filed document will be automatically e-mailed to the filer upon the completion of the electronic filing procedure.

as possible, and well before any scheduled hearing, and must be in the form required by LR 10.1 and LCrR 49.3.  The court, in its discretion, may not begin its consideration of the document until it has received the required courtesy copy.  Furthermore, failure to follow the courtesy copy requirements of the United States Magistrate Judge may result in the document being unfiled.

### III.  PROPOSED ORDERS

As directed in the District Court's ECF designation order, a proposed order shall be submitted for **EVERY** motion in a WordPerfect or Word compatible format via e-mail as instructed under the ECF system's "Proposed Orders" event.  In cases that are under standing orders of reference or in cases referred for pretrial management, attorneys are reminded to send their order to the "Orders" e-mail account for the assigned United States Magistrate Judge (NOT the assigned United States district judge).  Failure to send the proposed order to the judge assigned to consider the matter may result in unnecessary delay in disposition.

Questions regarding this **Standing Order** should be directed to the Office of the Clerk at (214) 753-2200 or the ECF Help Desk at (866) 243-2866.

*ATTACHMENT 1*

## COURTESY COPY REQUIREMENTS

| JUDGE | COPY REQUIREMENTS | MAILED TO: |
|---|---|---|
| Wm. F. Sanderson, Jr. | ALL FILINGS | 1100 Commerce Street, Room 1407 Dallas, TX 75242 |
| Jeff Kaplan | ALL FILINGS | 1100 Commerce Street, Room 1611 Dallas, TX 75242 |
| Paul D. Stickney | ALL FILINGS | 1100 Commerce Street Room 1549 Dallas, TX 75242 |
| Irma Carrillo Ramirez | **No** Courtesy Copies Required | |