IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NETFLIX, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-07-MC-0036-K |
| | § | |
| BLOCKBUSTER, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

Blockbuster, Inc., for itself and three of its current or former employees, has withdrawn its motion for protection filed on April 11, 2007. Accordingly, this miscellaneous action is hereby dismissed without prejudice.

SO ORDERED.

DATED: April 25, 2007.


JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE